IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSE J. VILLANUEVA, | : |
| | : |
| Plaintiff, | : |
| | : Civil Action Number: |
| vs. | : |
| | : 1:13-cv-00222-TWT |
| EL JINETE 2, INC., and JOSE JAVIER LOPEZ, | : |
| | : |
| Defendants. | : |

### ORDER

The above-styled case is before the Court on the Parties' Third Joint Motion for Review and Approval of Settlement and Release Agreement. [Dkt. 40]  The Parties have requested that the Court review and approve their proposed Settlement Agreement [Dkt. 40-1] because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*  The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute.  Accordingly, the Parties' Third Joint Motion is **GRANTED** and their Settlement Agreement and Release is **APPROVED** and incorporated herein.  This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

IT IS SO ORDERED, this 28th  day of  February, 2014.

                /s/Thomas W. Thrash
                HON. THOMAS W. THRASH, JR.
                U.S. DISTRICT COURT JUDGE